■ NEW YORK WATER SERVICE CORPORATION, Respondent, v. PALISADES INTERSTATE PARK COMMISSION, Appellant.— Motion by appellant and cross motion by respondent for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur. Motion and cross motion for reargument denied. Motion and cross motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Kleinfeld and Pette, JJ., concur; Brennan, J., not voting.

■ DAVID PETERMAN, as Trustee in Bankruptcy of IGNATIUS A. MONFORTE, et al., Respondents, v. IGNATIUS A. MONFORTE et al., Appellants.— Motion by respondents to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the April Term, beginning March 27, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before March 1, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD C. CURRY, Appellant.— Motion by appellant to vacate order of this court, dated May 13, 1957, dismissing the appeal, granted; order vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Morris Waldhorn, Esq., 45 South Main Street, White Plains, New York is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL B. LOPER, Appellant.— Motion by appellant: (1) to vacate order of this court, dated March 30, 1959, dismissing his appeal from a judgment of conviction rendered April 21, 1958; (2) to reinstate the appeal, (3) to dispense with printing, and for other relief. Motion denied. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE ROBERT THOMSON, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOWELL N. BOYKIN, Relator, v. WARDEN OF THE BROOKLYN HOUSE OF DETENTION FOR MEN, Respondent.— In a habeas corpus proceeding, after a hearing, the writ is dismissed and relator is remanded to the custody of the respondent. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.